Anthony M. Barnes (SBN 199048)
Email: amb@atalawgroup.com
Erica A. Maharg (SBN 279396)
Email: eam@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Way
Oakland, CA 94609
Telephone: (510) 473-8793

Sarah Spinuzzi (Bar No. 305658)
Email: sarah@coastkeeper.org
ORANGE COUNTY COASTKEEPER
3151 Airway Avenue, Suite F-110
Costa Mesa, California 92626
Telephone: (714) 850-1965

*Attorneys for Plaintiff Orange County Coastkeeper*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORANGE COUNTY COASTKEEPER, a California non-profit corporation;<br><br>Plaintiff,<br><br>v.<br><br>KINGSPAN LIGHT & AIR, LLC., a Delaware limited liability company;<br><br>Defendant. | Civil Case No. 8:20-cv-01498-DOC-DFMx<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST TO ENTER [PROPOSED] CONSENT DECREE**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 *et seq.*)**<br><br>HON. DAVID O. CARTER |

PLEASE TAKE NOTICE THAT:

WHEREAS, on February 5, 2021, Plaintiff Orange County Coastkeeper ("Coastkeeper") filed a Notice of Tentative Settlement notifying the Court that the Parties had reached a settlement in this matter and that the [Proposed] Consent Decree had been sent to the U.S. Department of Justice ("DOJ") and the U.S. Environmental Protection Agency for a 45-day review period as required by 42 U.S.C. section 7604(c)(3) (Dkt. 17).

WHEREAS, on February 12, 2021, Coastkeeper filed a Notice of Commencement of 45-Day Review Period, notifying the Court that DOJ's 45-day review period would end on March 25, 2021.

WHEREAS, by the end of the 45-day review period on March 25, 2021, DOJ did not object to the Court's entry of the Consent Decree into judgment.

WHEREAS, the Court may now enter the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary.

WHEREAS, the [Proposed] Consent Decree executed by the Parties states that Plaintiff shall submit the Consent Decree to the Court for entry, after the 45-day review period.

THEREFORE, Plaintiff hereby requests the Court sign the [Proposed] Consent Decree, a true and correct copy of which is attached as Exhibit A, and enter the Consent Decree as judgment.

Dated: March 31, 2021

Respectfully submitted,

AQUA TERRA AERIS LAW GROUP

/s/ Erica A. Maharg
Erica A. Maharg
Attorney for Plaintiffs
Orange County Coastkeeper